IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GEOFFREY CRAIG PICKENS,

   Plaintiff,

   v.

R. L (BUTCH) CONWAY
INDIVIDUAL AND OFFICIAL
CAPACITY,

   Defendant.

CIVIL ACTION FILE
NO. 1:18-CV-552-TWT

## ORDER

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 9] of the Magistrate Judge recommending denying the Plaintiff's Motion for Temporary Restraining Order [Doc. 1] as moot. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Plaintiff's Motion for Temporary Restraining Order [Doc. 1] is DENIED.

SO ORDERED, this 14 day of August, 2018.

                                          /s/Thomas W. Thrash
                                          THOMAS W. THRASH, JR.
                                          United States District Judge